PARKER ROSS FREEMAN, Respondent, v. BAKER CROWELL, INC., Appellant.— Judgment and order of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

LUDWIG FREUDENTHAL, Respondent, v. MORICHES LAND AND IMPROVEMENT COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

REBECCA FRIEDMAN and Others, Appellants, v. LOUIS BARON and ANNA BARON, Respondents.— Judgment reversed upon the law and the facts, with costs, and judgment directed in favor of plaintiffs for the sum of $5,000, with costs. We are of opinion that the variance of four feet on the parcel is a material variance, and that the learned trial court had no power to compel plaintiffs to accept less than they had contracted to purchase. Findings of fact and conclusions of law contrary to this decision are reversed, and new findings will be made in accordance herewith. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur. Settle order on notice.

MATILDA GREENLEE, Respondent, v. BENJAMIN GREENLEE, MARY B. GREENLEE and CHARITY HARDEN, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

HERMAN HABER, Appellant, v. NATIONAL BISCUIT COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

CECELIA HACKETT, by PATRICK J. HACKETT, Her Guardian ad Litem, Respondent, v. FREDERIC DE P. FOSTER and EDWARD F. DE BEIXEDON, as Executors and Trustees, etc., Defendants, and BENJAMIN S. GOLDSMITH and Others, Appellants.— Judgment and order reversed upon the law and the facts, and a new trial granted, costs to appellants to abide the event, upon authority of Conroy v. Foster (ante, p. 850), decided herewith. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

In the Matter of the Application of EDWARD H. FLOYD-JONES and Others, Relators, v. TOWN BOARD OF THE TOWN OF OYSTER BAY, NASSAU COUNTY, N. Y., and Others, Respondents.— Determination of respondent town board of the town of Oyster Bay unanimously confirmed and certiorari proceeding dismissed, with fifty dollars costs and disbursements to respondent town board against the relators. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ. Settle order on notice.

In the Matter of the Petition of FREDERICK A. HENKEN to Prove the Last Will and Testament of ALEXANDER HENKEN, etc., Deceased. ADELAIDE LOUISE HENKEN, Appellant; FREDERICK A. HENKEN, Respondent.— Decree of the Surrogate's Court of Kings county, in so far as appealed from, unanimously affirmed, with costs to respondent. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.